FILED
IN CLERKS OFFICE

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

2004 JUN 15 P 3: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action Number 02-10033-MLW

EBIX.COM, INC.
a Delaware corporation f/k/a DELPHI
INFORMATION SYSTEMS, INC.,

        Plaintiff,

v.

FRANK H. McCRACKEN, JR.,
NICK DIMARCO,
PAULA DUNMIRE,
JOANNE STANTON,
GAYLE GRIFFITH,
MCCRACKEN INSURANCE SOLUTIONS, LLC,
and MCCRACKEN FINANCIAL SOFTWARE,
INC. f/k/a GMAC COMMERCIAL SOFTWARE,
INC.,

        Defendants.

## JOINT REPORT OF FRANK H. McCRACKEN, JR. and NICK DIMARCO AND EBIX.COM, INC. ON OUTSTANDING DISCOVERY ISSUES IN CONNECTION WITH MOTION FOR AN ORDER TO COMPEL RESPONSES TO CERTAIN DISCOVERY REQUESTS

The plaintiff, ebix.com, Inc. (hereinafter "ebix"), and the defendants, Frank H. McCracken, Jr. ("McCracken") and Nick DiMarco ("DiMarco") hereby submit their Joint Report of the results of their discovery conference in conformity with the Court's procedural order on McCracken's and DiMarco's Motion for an Order to Compel Responses to Certain Discovery Requests.

In compliance with Court's Order (as amended by the Court), counsel for the parties conferred on June 9, 11, and 14, 2004. While the parties have narrowed areas of

disagreement, disputes remain with respect to certain discovery requests. The specific issues which were the subject of the parties' discovery conference, together with the parties' respective positions, are as follows:

## INDIVIDUAL DOCUMENT RESPONSES

### Document Requests Served by Frank H. McCracken, Jr.

#### Request 1

This Request asks for documents evidencing damages. ebix responded, in part, that it would produce copies of Insight cancellation letters. ebix's initial LR 26 disclosures did contain cancellation letters from 16 accounts. However, Answer 12 to Frank H. McCracken, Jr.'s First Set of Interrogatories lists *27* canceled accounts.

*ebix's Position*

ebix has identified documents Bates numbered E1285-E1412, already produced, which are partially responsive to this request. ebix is in the process of producing additional documents responsive to this request.

*Remaining Dispute*

**No dispute remains with respect to this request.**

#### Request 2

This Request asks for evidence of mitigation of damages. Though the response indicated that responsive documents would be produced, none were.

*ebix's Position*

ebix has identified documents Bates numbered E1377-E1384, already produced, which are responsive to this request. ebix is in the process of determining whether any additional documents responsive to this request exist. To the extent that additional documents are located, they will be produced.

*Remaining Dispute*

**No dispute remains with respect to this request.**

**Request 5**

This Request asks for documents relating to profits earned by ebix on sales of Insight software license agreements from 1999 to the present. ebix objected on the grounds that the request was "overly broad, unduly burdensome" and not relevant. ebix also objected to the use of the term "profits."

*ebix's Position*

ebix has agreed to produce documents evidencing gross annual revenues generated by the Insight product from the fourth quarter of 1999 ("Q4 1999") forward.

*Remaining Dispute*

**The issue has been narrowed, but a dispute remains. McCracken asserts that documents dating from January 1, 1999 should be produced. ebix has agreed to produce responsive documents dating to Q4 1999.**

**Request 6**

This Request seeks documents relating to sales of Insight support/maintenance agreements from 1999 to 2002. ebix indicated in its response that it would produce documents setting forth and describing the annual maintenance and support fees of customers who have cancelled Insight support contracts from January 1, 2001 to the present.

*ebix's Position*

ebix has agreed to produce responsive documents dating from Q4 1999.

*Remaining Dispute*

**The issue has been narrowed, but a dispute remains. McCracken asserts that documents dating from January 1, 1999 should be produced. ebix has agreed to produce responsive documents dating to Q4 1999.**

**Requests 8-12**

These Requests seek documents relating to profits earned by ebix on sales of products and services other than Insight and on ebix's research and development efforts for Insight.

*McCracken's Position*

McCracken has withdrawn his requests for documents relating to products other than Insight. However, McCracken presses his requests for documents relating to research and development efforts for Insight dating to 1999.

*ebix's Position*

Subject to and without waiving its objections, ebix will produce documents relating to research and development efforts for Insight dating from Q4 1999.

*Remaining Dispute*

**The issue has been narrowed, but a dispute remains. McCracken asserts that documents dating from January 1, 1999 should be produced. ebix has agreed to produce responsive documents dating to Q4 1999.**

### Requests 19 and 20

These Requests seek documents relating to cancellation of Infinity contracts (another software program produced by ebix).

*McCracken's Position*

McCracken has withdrawn these requests.

*Remaining Dispute*

**No dispute remains with respect to these requests.**

### Request 21

This request seeks documents regarding ebix's sales of Insight licensing agreements from January 1, 1999 through the present. ebix's response indicates that it will produce "copies of Insight license agreements for those customers who, since January 2001, have cancelled their support contracts..." McCracken asserted that this was non-responsive.

*ebix's Position*

ebix is determining whether additional documents exist, and if so, will produce them dating back to Q4 1999.

*Remaining Dispute*

The issue has been narrowed, but a dispute remains. McCracken asserts that documents dating from January 1, 1999 should be produced. ebix has agreed to produce responsive documents dating to Q4 1999.

## Document Requests Served by Nick DiMarco

### Requests 5 and 6

These requests seek documents relating to ebix's staffing for Insight maintenance, development, and support.

*ebix's Position*

No such documents exist.

*Remaining Dispute*

No dispute remains with respect to this request.

## INDIVIDUAL INTERROGATORY ANSWERS

## Interrogatories Served by Frank H. McCracken, Jr.

### Interrogatory 6

This Interrogatory asks what portion of the ebix budget was devoted to research, development, and support of Insight from 1999 to the present. ebix has objected on the grounds that the Interrogatory is "overly broad, unduly burdensome" and not relevant.

*ebix's Position*

Subject to and without waiving its objections, and to the extent that documents reflective of the information sought by this interrogatory exist, ebix will be producing them, but dating only to Q4 1999.

*Remaining Dispute*

The issue has been narrowed, but a dispute remains. McCracken asserts that documents dating from January 1, 1999 should be produced. ebix has agreed to produce responsive documents dating to Q4 1999.

### Interrogatory 9

This Interrogatory asks ebix to identify those customers who represented that they would not or could not use Insight version 2.5. ebix objected on the grounds that the Interrogatory is "overly broad, unduly burdensome" and not reasonably calculated to lead to the discovery of admissible evidence.

#### *ebix's Position*

ebix has already answered this interrogatory fully, and has identified document Bates numbered E1465, which is the only responsive document known to exist. Other than its interrogatory answer and the production of E1465, ebix is unaware of any additional facts responsive to this Interrogatory.

#### *Remaining Dispute*

**No dispute remains with respect to this Interrogatory.**

### Interrogatory 10

This Interrogatory asks how Insight 2.5 differs from other versions of Insight. ebix objected on grounds of confidentiality.

#### *ebix's Position*

ebix has identified documents Bates numbered E055-E0567, already produced, which are responsive to this interrogatory. Moreover, subject to and without waiving its objections, ebix will be serving a supplemental answer that will state, in essence, that no one presently employed at ebix is able to answer this question.

#### *Remaining Dispute*

**No dispute remains with respect to this Interrogatory.**

### Interrogatory 13

This Interrogatory asks ebix to describe its mitigation efforts. The response refers to a letter to ebix customers proposing the sale of a Rider which would permit the customers to contract with a vendor of their choice to provide Insight software services and/or sell them the Insight source code 'on a non-exclusive, internal-use basis..."

*ebix's Position*

ebix has identified documents Bates numbered E0568-E0624, already produced, which are responsive to this interrogatory.

*Remaining Dispute*

**No dispute remains with respect to this Interrogatory.**

### Interrogatories 15-17 and 18-20

These Interrogatories ask for the identities of customers who have terminated Insight and Infinity contracts from 1994 to the present. ebix has objected on the grounds that the Interrogatories are "overly broad, unduly burdensome" and not reasonably calculated to lead to the discovery of admissible evidence.

*McCracken's Position*

McCracken has withdrawn that part of the interrogatory that seeks information regarding cancellation of Infinity contracts. McCracken presses the remainder of the interrogatory.

*ebix's Position*

Subject to and without waiving its objections, ebix will provide information responsive to this interrogatory (only with respect to Inisight contracts) dating to the year 2000.

*Remaining Dispute*

**The issue has been narrowed, but a dispute remains. McCracken asserts that information dating from 1994 should be produced. ebix has agreed to provide information dating to 2000.**

### Interrogatory 21

This Interrogatory asks ebix to describe its marketing and advertising efforts on behalf of Insight. ebix has objected on the grounds that the Interrogatory is "overly broad, unduly burdensome" and not reasonably calculated to lead to the discovery of admissible evidence.

*ebix's Position*

Subject to and without waiving its objections, ebix will provide information, in the form of responsive documents, dating to the year 2000.

*Remaining Dispute*

**The issue has been narrowed, but a dispute remains. McCracken asserts that documents dating from January 1, 1999 should be produced. ebix has agreed to produce responsive documents dating to the year 2000.**

### Interrogatories 22-23

These Interrogatories seek information about Insight-generated profit. ebix has objected to the extent the Interrogatories seek information about the sales of Insight software (as opposed to maintenance and support) and also has objected that the Interrogatories are "unduly burdensome" and "overly broad."

*ebix's Position*

Subject to and without waiving its objections, ebix will provide information about sales of Insight software dating to Q4 1999.

*Remaining Issues*

**The issue has been narrowed, but a dispute remains. McCracken asserts that documents dating from January 1, 1999 should be produced. ebix has agreed to produce responsive documents dating to Q4 1999.**

WHEREFORE, ebix, McCracken and DiMarco submit this Joint Report.

ebix.com, Inc.

By its attorneys,

*Samuel F. Davenport by SHS w/ permission*

Henry A. Sullivan, BBO# 544371
Samuel F. Davenport, BBO # 636958
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

FRANK H. McCRACKEN, JR. and
NICK DIMARCO,

By their attorneys,

Richard J. Levin (BBO296260)
Seth H. Salinger (BBO 555426)
CUMSKY & LEVIN, LLP
6 University Road
Cambridge, Massachusetts 02138
(617) 492-9700

Dated: June 15, 2004

LIT 1464739v2

## CERTIFICATE OF SERVICE

I, Seth H. Salinger, Esq., counsel to the Defendants, Frank H. McCracken, Jr., Nick DiMarco, Paula Dunmire, Joanne Stanton, Gayle Griffith, and McCracken Insurance Solutions, LLC, hereby certify that I have served a copy of the following:

**Joint Report** of Frank H. McCracken, Jr. and Nick DiMarco and Ebix.Com, Inc. On Outstanding Discovery Issues In Connection With Motion for an Order to Compel Responses to Certain Discovery Requests

upon:

Henry A. Sullivan, Esq.
Samuel F. Davenport, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

and upon

Pamela E. Berman, Esq.
Adler, Pollack & Sheehan, P.C.
175 Federal Street
Boston, MA 02110

Via First Class mail, postage prepaid

on June 15, 2004

_____
Seth H. Salinger

Page 1

# CUMSKY & LEVIN LLP

IN CLERKS OFFICE

2004 JUN 15 P 3: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 15, 2004

**VIA MESSENGER**

Civil Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

Re: <u>Ebix.Com v. Frank H. McCracken, Jr., et al., Civil Action Number 02-10033-MLW</u>

Dear Madam or Sir:

Enclosed, for filing and docketing, please find:

1. **Joint Report** of Frank H. McCracken, Jr. and Nick DiMarco and Ebix.Com, Inc. On Outstanding Discovery Issues In Connection With Motion for an Order to Compel Responses to Certain Discovery Requests, and

2. Certificate of Service

Kindly docket the enclosed, and please date stamp the enclosed copy and return it to the undersigned in the enclosed self-addressed stamped envelope.

Thank you for your courtesy and cooperation.

Very truly yours

Seth H. Salinger

cc: Mr. Frank H. McCracken, Jr.
Richard J. Levin, Esq.
Samuel F. Davenport, Esq.
Pamela E. Berman, Esq.

Enc.

6 University Road
Cambridge, Massachusetts 02138
(617) 492-9700 (Phone)
(617) 492-9020 (Fax)